AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00197 |
| RACHEL MARIE POWELL | ) Assigned to: Judge Harvey, G. Michael |
| D.O.B ███████ | ) Assign Date: 2/3/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant(s) |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c) | Obstruction |
| 18 U.S.C. § 1361 | Depredation of Government Property |
| 18 U.S.C. § 1752(b)(1)(A) | Restricted Building or Grounds with a Dangerous Weapon |
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:
See Affidavit in Support of Criminal Complaint, incorporated herein by reference.

☐ Continued on the attached sheet.

_____
Complainant's signature

Carlos Fontanez, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __02/03/2021__

_____
Judge's signature

City and state: __Washington, D.C.__      G. Michael Harvey, U.S. Magistrate Judge
Printed name and title