AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00197 |
|  | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 2/3/2021 |
| RACHEL MARIE POWELL | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Rachel Marie Powell                                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

See Affidavit in Support of Criminal Complaint, incorporated herein by reference.

Date: 02/03/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.02.03 12:40:05 -05'00'

City and state:    Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*