# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA vs **Rachel Powell** | MAGISTRATE'S DOCKET # **21-mj-257** <br> DATE OF COMPLAINT **2/4/2021** <br> CRIMINAL DOCKET NUMBER <br> DATE OF INDICTMENT <br> STATUTE: |

DATE ARRESTED: **2/5/2021**

## INITIAL APPEARANCE

Before Magistrate:
- [✓] LENIHAN
- [ ] DODGE
- [ ] KELLY
- [ ] EDDY
- [ ] LANZILLO
- [ ] PESTO

Date: **2/5/2021**
Time: **3:01 pm - 3:15 pm**
Tape Index: **3:01 pm**

U. S. ATTORNEY: **Jessica Smolar**

**Out of District Arrest**
**1: 21-mj-197 (District of Columbia)**
**By Video**
***Consented**

1. RIGHTS EXPLAINED
2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read  [✓] Summarized  [ ] Reading waived
   - [✓] Defendant provided with a copy of the charges
   - [✓] Defendant to be provided with a copy of the charges as soon as possible
3. ACT & PENALTIES
   - [ ] Read  [✓] Summarized  [ ] Reading waived
4. COUNSEL
   - [ ] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [ ] Defendant represented by:
   - [✓] Defendant expects to retain: **Michael Engle**
   - [ ] Affidavit executed.
   - [ ] Not Qualified  [ ] Qualified  [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed
5. BAIL
   - Recommended Bond: **Detention**
   - Bond Set at: **Detention**
   - [ ] By Consent  [ ] Additional Conditions Imposed: _____
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [✓] Temporary Commitment issued  [ ] Final Commitment issued
   - Bond Review Hearing Set For: _____
   - Detention Hearing Set For: **2/9/2021 at 2:30 pm (Butler)**
6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam/~~Rule 40/Arraignment~~ set for: **Waived to** Before Magistrate

ADDITIONAL COMMENTS: **other district (District of Columbia)**