# EXHIBIT A

| Case Number | Name | Charges | Location of Arrest | Case Status | Pretrial release |
|---|---|---|---|---|---|
| 21-mj-00163 (DC) 21-mj-00155 (WDPA) | GRAYSON, Kenneth | Knowingly entering or remaining in any restricted building or grounds; Disorderly conduct which impedes the conduct of government business; Disruptive Conduct in the Capitol Buildings; Parading, Demonstrating, or Picketing in the Capitol Buildings; Obstructing or Impeding Any Official Proceeding | Western District of Pennsylvania | No information listed on docket. | Yes. Defendant released on $25,000 Unsecured Bond; Consent Motion to Modify Conditions to include location monitoring and home detention. |
| 21-mj-00161 (DC) | GUNDERSEN, Brian | Knowingly entering or remaining in any restricted building or grounds without lawful authority; Knowingly, with intent to impede government business or official functions, engaging in disorderly conduct on Capitol grounds; Engaging in disorderly or disruptive conduct on the Capitol buildings or grounds; parading, demonstrating, or picketing in the Capitol buildings | Middle District of Pennsylvania | No information listed on docket. | Yes. Personal Recognizance. |
| 21-mj-00172 (EDPA) | BANCROFT, Dawn | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds; Violent Entry and Disorderly Conduct on Capitol Grounds | Eastern District of Pennsylvania | No information listed on docket. | Yes. The Government and Defense agreed to conditions of release. Released on $100,000 O/R and conditions. |
| 21-cr-00041 (DC) | BROWN, Terry | Entering and Remaining in a Restricted Building; Disorderly and Disruptive Conduct in a Restricted Building; Violent Entry and Disorderly Conduct in a Capitol Building; Parading, Demonstrating, or Picketing in a Capitol Building | Middle District of Pennsylvania | No information listed on docket. | Yes. Government does not seek the Defendant's pretrial detention. Bond Status of Defendant: Defendant Placed on Personal Recognizance. |
| 21-mj-00008 (MDPA) | SHIVELY, Barton Wade | Aiding and Abetting; Civil Disorder; Forcibly assault, resist, oppose, impede, intimidate, or interfere with any officer or employee of the United States or of any agency in any branch of the United States Government while engaged in or on account of the performance of official duties; Restricted Building or Grounds; Violent Entry, Obstruct or Impede Passage, Engage in Physical Violence on Grounds or any of the Capitol Buildings | Middle District of Pennsylvania | No information listed on docket. | Yes. |

| | | | | | |
|---|---|---|---|---|---|
| **21-mj-00099 (DC)** | WILLIAMS, Riley June | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Violent Entry and Disorderly Conduct on Capitol Grounds | Middle District of Pennsylvania | Status Hearing set for 3/26/2021 at 1:00 PM. | Yes. Defendant remain on Personal Recognizance/3rd Party Custody. |
| **21-mj-00026 (DC)** | WRIGLEY, Andrew | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Violent Entry and Disorderly Conduct on Capitol Grounds | Middle District of Pennsylvania (Jim Thrope, PA) | Status Hearing set for 3/29/2021. | Yes. Defenadnt placed on Personal Recognizance. |
| **21-cr-00029 (DC)** | EHMKE, Hunter Allen | Destruction of Government Property; Obstruction of an Official Proceeding; Disorderly Conduct in a Capitol Building; Parading, Demonstrating, or Picketing in a Capitol Building | Central District of California | Arraignment set for 2/10/2021 at 10:30 AM | Yes. Defendant Placed on Personal Recognizance. |
| **21-mj-00015 (DC)** | OCHS, Nicholas | Conspiracy; Obstruction of an Official Proceeding; Destruction of Government Property; Theft of Government Property; Restricted Building or Grounds; Aiding and Abetting | District of Hawaii | Merged with 21-cr-73; Arraignment set for 2/12/2021. | Yes. Government does not seek the Defendant's pretrial detention. |
| **21-mj-00032 (DC)** | PEPE, William | Conspiracy; Assaulting, Resisting, or Impeding Certain Officers; Civil Disorder; Government Property or Contracts; Obstruction of an Official Proceeding; Robbery of Personal Property of the United States; Restricted Building or Grounds; Aiding and Abetting | Southern District of New York | Merged with 21-cr-52; Arrraignment set for 2/9/2021. | Yes. Defendant Placed on Personal Recognizance |
| **21-cr-00023 (DC)** | PRUITT, Joshua | Civil Disorder; Obstruction of an Official Proceeding; Aiding and Abetting; Destruction of Government Property; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Bulding; Acts of Physical Violence in the Capitol Building | Washington D.C. | Arraignment set for 2/11/2021 at 11:00 AM | Yes. Government does not seek the Defendant's pre-trial detention. Defendant released on HISP/Release Order Issued. |
| **21-mj-00036 (DC)** | ROBERTSON, Thomas | Obstruction of an Official Proceeding; Aiding and Abetting; Entering and Remaining in a Restricted Building; Disorderly and Disruptive Conduct in a Restricted Building; Violent Entry and Disorderly Conduct in a Capitol Building or Grounds | U.S. District Court Western District of Virginia Roanoke Division | Merged with 21-cr-34; Indicted on 1/29/2021 | Yes. Government does not request the Defendant's pretrial detention. Placed on Personal Recognizance. |

| 21-mj-00036 (DC) | FRACKER, Jacob | Obstruction of an Official Proceeding; Aiding and Abetting; Entering and Remaining in a Restricted Building; Disorderly and Disruptive Conduct in a Restricted Building; Violent Entry and Disorderly Conduct in a Capitol Building or Grounds | U.S. District Court Western District of Virginia Roanoke Division | Merged with 21-cr-34; Indicted on 1/29/2021 | Yes. Government does not request the Defendant's pretrial detention. Placed on Personal Recognizance. |
|---|---|---|---|---|---|
| 21-mj-00113 (DC) | SPENCER, Christopher Raphael | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Violent Entry and Disorderly Conduct on Capitol Grounds; Obstruction of Justice | Middle District of North Carolina | Preliminary Hearing set for 2/24/2021 at 2:00 PM | Yes. Defendant on Home Confinement. |
| 21-cr-00043 (DC) | ABUAL-RAGHEB, Rasha N. | Entering and Remaining in a Restricted Building; Disorderly and Disruptive Conduct in a Restricted Building; Violent Entry and Disorderly Conduct in a Capitol Building; Parading, Demonstrating, or Picketing in a Capitol Building | District of New Jersey | Preliminary Hearing set for 2/22/2021 at 1:00 PM | Yes. Defendant Placed on Personal Recognizance |
| 21-mj-00045 (DC) | LOLLAR, Joshua R. | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Impeding or Disrupting Official Functions; Obstructing or Impeding Law Enforcement Officer During Civil Disorder and Obstructing Federally Protected Functions; Violent Entry and Disorderly Conduct on Capitol Grounds | US District Court Southern District of Texas | Preliminary Hearing set for 3/3/2021 at 11:30 AM. | Yes. Defendant Released to Third Party Custodian with $50,000 unsecured bond. |
| 21-mj-00035 (DC) | CUDD, Jenny Louise | Restricted Building or Grounds; Violent Entry or Disorderly Conduct | US District Court Western District of Texas Midlasnd-Odessa Division | Merged with 21-cr-68; VTC Arraignment set for 2/16/2021 | Yes. Placed on Personal Recognizance. Under docket 21-cr-68, Defendant permitted to travel to Mexico. |
| 21-mj-00035 (DC) | ROSA, Eliel | Restricted Building or Grounds; Violent Entry or Disorderly Conduct | US District Court Western District of Texas Midlasnd-Odessa Division | Merged with 21-cr-68; VTC Arraignment set for 2/16/2021 | Yes. Placed on Personal Recognizance |
| 21-mj-00021 (DC) | COLT, Josiah | knowingly entering or remaining in any restricted building or grounds without lawful authority and violent entry and disorderly conduct on Capital grounds | US District Court for the District of Idaho | Preliminary Hearing set for 2/9/2021 at 11:00AM | Yes . Government did not seek pretrial detention. Defendant placed on Personal Recognizance. |
| 21-mj-00020 (DC) | JOHNSON, Adam | one count of knowingly entering or remaining in any restricted building or grounds without lawful authority; one county of theft of government property; and one county of violent entry and disorderly conduct on capital grounds | Florida, Middle District | Status Hearing set for 4/19/2021 | Yes. Defendant placed on Personal Recognizance. |

| 21-cr-00005 (DC) | LEFFINGWELl, Mark | Knowingly entering or remaining in any restricted building or grounds without lawful authority; assault on a federal law enforcement officer; and violent entry and disorderly conduct on Capital ground | Washington D.C. | Vido (VTC) Status Conference is set for 3/31/2021 at 12:00 PM | Yes. Government does not object to the Defendant's release with pre-trial release conditions imposed. |
| --- | --- | --- | --- | --- | --- |
| 21-mj-00039 (DC) | PACKER, Robert | knowingly entering or remaining in any restricted building or grounds without lawful authority and violent entry and disorderly conduct on Capital grounds | Virginia, Eastern District | Preliminary Hearing (telephonic/VTC) set for 2/11/2021 at 2:00PM | Yes. Government does not request the Defendant's pretrial detention. Released on a personal recognizance bond with two special conditions (stay away order from DC and appear at virtual hearing next week). |
| 21-mj-00105 (DC) | GOSSJANKOWSKI, Vitali | Knowingly enter or remain in any restricted building or grounds without lawful authority to do so; knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and did so while using or carrying a dangerous weapon. | Washington D.C. | Preliminary Hearing set for 2/18/2021 at 12:00 PM | Yes. Government does not object to the Defendant's releas |