# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )
                            )
        v.                  )   Magistrate No. 2:21-cr-00257
                            )
RACHEL POWELL               )

## DETENTION / IDENTITY HEARING
Before Magistrate Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| United States of America | | Jessica Lieber Smolar |
| Rachel Powell | Defendant | Michael Engle |

Date:  February 9, 2021, at 2:30 PM

Court Reporter:  Amanda Williamson

    Defendant agrees on the record to proceed with this hearing via video.  The Defendant agrees to waive the Identity Hearing.  The Preliminary Examination is not being waived, but is not being held at this time.  The Defendant will be requesting the Preliminary Examination in the charging district. FBI Special Agent Carlos Fontanez is sworn and testifies.  The case is identified as not being a presumption case.  Argument is made.  The Court outlines the four factors of the Bail Reform Act. The Court finds the Defendant is a danger to the community, but that conditions can be fashioned to reasonably assure the safety of the community.  The Court also finds the Defendant is not a flight risk.  A $10,000 unsecured bond is imposed.  Conditions of release are outlined in open Court.  The Defendant agrees to the conditions and is sworn.  The government asks for a stay of release pending a possible appeal. The Court grants the request and stays the release order until 2/10/2021 at 5PM.