IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No. 21-257 |
| | ) | |
| RACHEL POWELL | ) | |

**NOTICE OF FILING OF APPEAL OF RELEASE ORDER**

Now comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said District, submits this notice of filing of appeal of release order:

1. The Defendant, Rachel Powell, was charged by Criminal Complaint in the District of Columbia (Case No. 21-mj-197), on February 3, 2021, with Depredation of Government Property, Entering Restricted Building or Grounds with a Dangerous Weapon, Entering Restricted Building or Grounds, and Violent Entry or Disorderly Conduct. Powell was arrested on February 4, 2021, in the Western District of Pennsylvania. On February 9, 2021, United States Magistrate Judge Lenihan presided over the detention hearing of Powell.

2. After the detention hearing, United States Magistrate Judge Lisa Lenihan denied the Government's request for detention and ordered that Powell be released on bond with conditions of home detention with electronic monitoring. The Government requested a stay of the release order. Judge Lenihan granted the Government's request for a stay of her order until 5 P.M. on February 10, 2021.

3. On February 10, 2021, Assistant United States Attorney Elizabeth Aloi for the District of Columbia, filed an Appeal of the detention order at Case No. 21-mj-197 with the district court of the District of Columbia. The Appeal of Release Order & Motion for Emergency Stay,

as well as a Proposed Transport Order & Stay Orders (attached as Exhibits A, B, and C) filed with the district court of the District if Columbia are attached hereto.

                                      Respectfully submitted,

                                      SCOTT W. BRADY
                                      United States Attorney

By:      *s/ Jessica Lieber Smolar*
           JESSICA LIEBER SMOLAR
           Assistant U.S. Attorney
           PA ID No. 65406